UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:14-cr-00684-CAS-16 | Date | January 31, 2017 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Connie Lee | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond. | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 16) Mario Wetmore | Not | | | Zoe Dolan | Not | | |

**Proceedings:** (IN CHAMBERS) MOTION TO PRECLUDE FURTHER PROSECUTION (Filed October 28, 2016, Dkt. 965)

On October 28, 2016, Mario Wetmore filed a "Motion to Preclude Further Prosecution, or, Alternatively, for Dismissal." Dkt. 965. Wetmore's counsel, Zoe Dolan, is a CJA-panel attorney, appointed to represent Wetmore in this matter. The gravamen of Wetmore's motion is that the management of CJA funding in the United States District Court for the Central District of California has so eroded the independence of Wetmore's defense counsel that the charges against Wetmore should be dismissed. On November 29, 2016, the United States filed an opposition. Dkt. 1009.

On January 23, 2017, the Court held oral argument on Wetmore's motion and took the matter under submission. Dkt. 1037.

On January 24, 2017, Wetmore filed three supplemental exhibits in support of the instant motion. Dkt. 332. It appears that Dolan has several pending CJA vouchers that, according to Dolan, have not been paid for her continuing work in this case. It is not clear from the present record why said vouchers have not yet been paid or whether they may cause prejudice to Wetmore.

Wetmore filed a substantially similar motion earlier in this case, dkt. 822, which the Court denied, dkt. 893. Dolan has also filed an analogous motion in another case pending before the Court. See United States v. Aguilar-Ballesteros et al., No 2:16-cr-00073-CAS, Dkt. 279. Several courts have denied analogous motions by Dolan. See United States v. Martinez et al., No. 2:14-cr-00338-SJO, Dkts. 1801, 2062; United States v. Bracken et al., No. 2:13-CR-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

00822-ODW, 2016 WL 4370024 (C.D. Cal. Aug. 12, 2016); United States v. Anguiano, No. 2:16-cr-00112-BRO, Dkt. 99.

Having carefully considered the parties' arguments and the evidence submitted by Wetmore, the motion is **DENIED**.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Deputy Clerk | | CL |